☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re: **Tasha Marie Norvell**　　　　　　　　　　　　　Case No.

Debtors:　　　　　　　　　　　　　　　　　　　　　　Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:** (1) 2229 Meadow Glade Ln # 1
　　　　　　　　Memphis, TN 38134　　　　　(2) _____

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ **380.00**　(☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
☐ PAYROLL DEDUCTION From: _____　OR ( X ) DIRECT PAY

**Debtor(2)** shall pay $ _____　(☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ PAYROLL DEDUCTION From: _____　OR (   ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]　☐ YES　☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION　☐ YES　☑ NO
　　OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].　☐ YES　☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**　　　　　　　　　　　　　　　　　Monthly Plan Payment:

**None**　　Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
　　　　　　ongoing payment begins _____　$ _____
　　　　　　Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**-NONE-**　　　　　　　　　　Amount _____　$ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☐ Paid by Trustee to:

**None**　　ongoing payment begins _____　$ _____
　　　　　Approximate arrearage: _____ Interest _____　$ _____

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]　Value of Collateral:　Rate of Interest　Monthly Plan Payment:

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]　Value of Collateral:　Rate of Interest　Monthly Plan Payment:
**Global Lending**　　　　　　　　**13,000.00**　　　　　　**7.00**　　　　　　**$275.00**

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-    Collateral: _____

## 10. SPECIAL CLASS UNSECURED CLAIMS:

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| The Meadows | $2,684.00 | | $40.00 |

## 11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:

None    ☐ Not provided for  OR  ☐ General unsecured creditor

## 12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):

-NONE-

## 13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.

## 14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $13,949.00

## 15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:

☑    70    %, OR,
☐    THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

## 16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:

The Meadows: apt lease    ☑ Assumes  OR  ☐ Rejects.

## 17. COMPLETION: Plan shall be completed upon payment of the above, approximately **60** months.

## 18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.

## 19. NON-STANDARD PROVISION(S):

None

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

## 20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.

/s/Earnest Fiveash                                     Date  January 27, 2020        .
**Earnest E. Fiveash 10769**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**